# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

STANLEY CHAD BROOKS,
     Plaintiff

     v.                               CASE NUMBER: 19-C-765

CNH INDUSTRIAL AMERICA, LLC,
          Defendant

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing by his complaint and judgment is entered in favor of the defendant on the merits.

_____9/21/20_____                   Gina M. Colletti_____
Date                                        Clerk

                                                  s/ J. Dreckmann_____
                                                  (By) Deputy Clerk